

Timothy L. Hoeller, M.S., Adjunct Faculty, Plaintiff
8735 N. 72nd St., Unit 101
Milwaukee, WI 53223

TO: Circuit Clerk Federal Court
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202



March 5, 2024

**Re: Federal Court Case No. 22 C 1033 Dismissed without prejudice naming Judge Carter and Judge Lau as Defendants**

To Whom It May Concern:

Please file one copy each of these documents in the above cause (in any order you choose) and return the remaining file-stamped copies in the enclosed self-addressed and stamped envelope.

The theme is that Carroll University engaged in a predatory prosecution, intentionally leaving out large chunks of information to suit their own purpose. This shows up in Hoeller's defense counsel writing that there are different transactions occurring among the parties that has been omitted by the Prosecuting D.A. in Waukesha Case No. 23 CF 758 and Waukesha Case No. 22 CF 345.

The fact that Hoeller's defense counsel is writing that the prosecution of Waukesha Case No. 23 CF 758 is unconstitutional on the part of the courthouse, would explain why that courthouse has received bomb threats for unconscionable conduct compared to similarly situated courthouses in Democratic counties. The theory is government overreach under the 4th and 14th U.S. Amendments for substantive and procedural due process. In Judge Carter's Civil TRO Case No. 22 CV 353 he allowed the complaining parties to get away without resorting to the use of police reports nor the testimony of the police knowing that there was a labor dispute going on between the parties, and state laws prescribe testimony of the police in such a labor dispute. Further, Judge Lau's decision to not-reopen Criminal Case No. 18 CM 491 is called "laughable" by Hoeller's criminal defense attorney when the D.A. cites that as "other acts" and prior decisions of this federal cause have declared that the Prosecuting D.A. is making a narrative of prior Criminal Case No. 18 CM 491 as if it were facts in Case No. 22 CF 345 and Case No. 23 CF 758.

Carroll's employment law defense firm of Michael Best & Friedrich is being sued in Milwaukee County Case No. 22 CV 3344 for defamation and slander per se and employee Ms. Denise Greathouse is being sued in Milwaukee County Case No. 22 SC 9449 over complaints that she engaged in with the City of Waukesha Police that were unwarranted, causing excessive use of municipal time that interferes with responses for true emergencies.

Sincerely Yours: _____ Timothy L. Hoeller, Plaintiff

Copy (cover letter only:
Ms. Monica Paz
Clerk of Circuit Court, on behalf of Judge Carter and Judge Lau
515 W. Moreland Blvd,
Waukesha, WI 53188